83,768-01

Dear Mr Acosta                           8-26-15

In the Texas rules of criminal codes and procedure it says I can ask the court of Criminal Appeals a certified question. I dont know the guide lines to ask and get an answer. I seem to be having a lot of trouble getting my main question answered.

My question is how does a trial that is 4½ hours long with unfairness be proven to only be half a fair trial?

In trial ct no 24,202-C the 7th District court of appeals said my trial ended with egregious harm and was not a fair trial, Then the Justic said count 1 was not addressed that is the first thing he says in Digman vs state ~~455~~ 455 3d 207.

So how can he say my trial was half fair? Count 1 was addressed he chose to Ignore it??

Is a fair trial a fair trial and a unfair trial a unfair trial or is a unfair trial equal to half a fair trial Somehow?

The DA even says count one was not addressed and it was                  Thank you

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

Robert Digman  1854737
8500 N FM 3053
Overton Tx 75689